UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHIDA ADAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>ADLER WALLACH & ASSOCIATES, INC.,<br><br>            Defendant. | Case No.  1:22-cv-01214-JLT-BAM<br><br>**ORDER REGARDING WITHDRAWAL OF MACKENZIE C. GONZALES AS COUNSEL OF RECORD**<br><br>(Doc. 23) |

Currently before the Court is the Notice of Withdrawal of Mackenzie C. Gonzales as Counsel for Defendant Adler Wallach & Associates, Inc.  (Doc. 23.)  Here, Defendant will continue to be represented by other counsel of record in this matter, so a noticed motion to withdraw is not required.  *See* Local Rule 182(d); (Doc. 23 at 1).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that Mackenzie C. Gonzales is withdrawn as counsel of record for Defendant in this case.  The Clerk of the Court is directed to terminate Mackenzie C. Gonzales as counsel for Plaintiffs in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **June 21, 2023**              /s/ *Barbara A. McAuliffe*             _
                                                    UNITED STATES MAGISTRATE JUDGE

1